4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS CAVAZOS<br>Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | |
| JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>Defendant. | §<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-219 |

## ORDER

**IT IS ORDERED** that Plaintiff, Cavazos, properly effect service of process upon all necessary defendants no later than one hundred and twenty (120) days from the date of the filing of the complaint, pursuant to FED. R. CIV. P. 4(m). Failure to do so, could result in a dismissal of the action for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

DONE at Brownsville, Texas, this 20th day of November, 2002.

John Wm. Black
United States Magistrate Judge