United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| CARLOS CAVAZOS<br>Plaintiff, | § § § | |
| VS. | § § | |
| JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>Defendant. | § § § § | CIVIL ACTION NO. B-02-219 |

## ORDER OF DISMISSAL

Plaintiff ("Cavazos") filed a pro-se complaint (Docket No. 1) alleging employment discrimination based on race, gender and age, accompanied by a Motion to Proceed in Forma Pauperis (Docket No. 2) on November 13, 2002. Magistrate Judge John Wm. Black granted the Motion to Proceed in Forma Pauperis (Docket No. 3) and ordered Cavazos to effect proper service on all necessary defendants no later than March 13, 2003, or his complaint would be dismissed (Docket No. 4). The Clerk of the Court has verified that a copy of the order was mailed to Cavazos at the address[1] currently on file. Cavazos has not effected service and has failed to comply with the Court's order.

**IT IS THEREFORE ORDERED** that the complaint be **DISMISSED WITHOUT PREJUDICE.**

DONE in Brownsville, Texas, on this 2nd day of June, 2003.

Andrew S. Hanen
United States District Judge

---

[1] 30777 FM 506, La Feria, Texas 78559-6133